From: The District Court of the Seventeenth Judicial District. County of Valley.
STATE OF MONTANA, Plaintiff, vs. HAROLD BASIAK, Defendant.
NO. 1629

## DECISION

The application of the above-named defendant for a review of the sentence of Five years with 39 days jail credit for Burglary in the First Degree imposed on May 4, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

This man has at least two prior burglaries and one prior of receiving stolen property, together with other convictions and incarcerations. Therefore, a five year sentence appears to be more than reasonable.

We thank Richard Llewellyn, Esq., of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 9th day of July, 1970.

### SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Sid G. Stewart.

From: The District Court of the Seventeenth Judicial District. County of Valley.
STATE OF MONTANA, Plaintiff, vs. LARRY JAMES BEAUCHAMP, Defendant.
NO. 1628

## DECISION

The application of the above-named defendant for a review of the sentence of Three years with 26 days jail time credit for Assault in the Second imposed on March 4, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

This plea of guilty was entered on a reduced charge of Assault in the Second Degree the original charge being attempted Murder. The facts of the crime were that the defendant shot the victim with a .22 calibre rifle. Under the circumstances the sentence of three years seems sufficiently lenient.

DATED this 9th day of July, 1970.

### SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Sid G. Stewart.